UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:17-cv-01362-JGB(KKx) | Date | August 14, 2017 |
| Title | *Tracy Randall et al v. Cambria Company, LLC et al* | | |

Present: The Honorable JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Gabriela Garcia | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Cory H. Hurwitz | Robert W. Conti<br>Samson C. Huang |

**Proceedings:** **MOTION TO REMAND CASE TO RIVERSIDE SUPERIOR COURT [10]**

The Court and counsel confer. The Court hears oral argument on the Motion to Remand Case to Riverside Superior Court [10]. The matter is taken under submission.

CC: Time: 00:15 / GGA